**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
           *Plaintiff-Appellant,*

                v.

JEREMY EUGENE STAFFELDT;
ORLANDO LEON PASTRANO; LINCOLN
CLARENCE METZGAR; JOHN
ANTHONY GONZALES,
           *Defendants-Appellees.*

No. 05-10243

D.C. No.
CR-03-01294-ROS
District of Arizona,
Phoenix

ORDER

Filed April 22, 2008

Before: Stephen Reinhardt, John T. Noonan, and
Michael Daly Hawkins, Circuit Judges.

---

**ORDER**

The Government's unopposed motion to amend the opinion is GRANTED. The opinion published at 451 F.3d 578 (9th Cir. 2006) is amended to delete all mentions of the name "Keith Vercauteren." Accordingly, the phrase "In September 2003, Assistant United States Attorney Keith Vercauteren ("AUSA Vercauteren") . . . " shall be amended to read, "In September 2003, an Assistant United States Attorney ("the AUSA") . . . " All subsequent references to "AUSA Vercauteren" shall be amended to read, "the AUSA."

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.